**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| LUIS A. DEL MAZO, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:16-cv-00218 |
| | ) | Judge Trauger |
| MOUNT JULIET POLICE DEPARTMENT, | ) | |
| ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

On March 8, 2016, the Magistrate Judge issued a Report and Recommendation (Docket No. 13), to which no timely objections have been filed.[1]   For the reasons expressed therein, it is hereby **ORDERED** that the criminal case sought to be removed to this court from state court by the defendant is REMANDED to the state court for such proceedings as are appropriate in that court.  This remand does not affect the pending civil case

It is so **ORDERED.**

Enter this 12th day of April 2016.

_____
ALETA A. TRAUGER
U.S. District Judge

---

[1]On March 18, 2016, the plaintiff filed an Amended Notice of Removal (Docket No. 26), which attempts to cure the defects in the removal of the criminal case outlined in the Report and Recommendation.  The court does not interpret this document as objections to the R&R.  Moreover, it does not cure the defects, and remand is appropriate.